SEND

CLEAR FORM

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVERY THIERRY, <br><br> PLAINTIFF(S), <br> v. <br> DR. SMILOVITZ, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:CV09-2263 MMM (DTB) <br><br> **JUDGMENT** <br> **(Failure to Pay the Initial Partial Filing Fee)** |

     On _____1/5/2010_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court an initial partial filing fee.

     By Order to Show Cause dated _____4/19/2010_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

     THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

07/22/2010
Date

*Margaret M. Morrow*
United States District Judge

Presented by:

*[signature]*
United States Magistrate Judge